

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

MAURICIO SANCHEZ,
    Plaintiff,

v.

S&H TRANSPORTATION INC, A/K/A AND OR D/B/A
S&H TRANSPORTATION, A/K/A AND OR D/B/A
S&H, A/K/A AND OR D/B/A S&H TRANSPORT, A/K/A
AND OR D/B/A
S AND H TRANSPORTATION INC.,
    Defendant, and
DENNIS D WOOD, A/K/A
DENNIS WOOD,
    Defendant, and
JOHN DOE, BUSINESS ENTITY,
    Defendant, and
JANE DOE,
    Defendant.

No. CJ-2020-2092
(Civil relief more than $10,000: AUTO NEGLIGENCE)

Filed: 07/06/2020

Judge: Civil Docket C

## PARTIES

S&H TRANSPORTATION INC, Defendant
SANCHEZ, MAURICIO, Plaintiff
WOOD, DENNIS D, Defendant

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| FOLLUO, DAN S (Bar #11303)<br>RHODES, HIERONYMUS, JONES, TUCKER & GABLE<br>WILLIAMS CENTER TOWER II<br>2 WEST 2ND ST., SUITE 1000<br>TULSA, OK 74103 | WOOD, DENNIS D<br>S&H TRANSPORTATION INC, |
| FOLLUO, DAN S (Bar #11303)<br>RHODES, HIERONYMUS, JONES, TUCKER & GABLE<br>P.O.BOX 21100<br>TULSA, OK 74121 | WOOD, DENNIS D<br>S&H TRANSPORTATION INC, |

EXHIBIT 4

| Attorney | Represented Parties |
|---|---|
| FOLLUO, DAN STEVEN (Bar #11303)<br>PO BOX 21100<br>TULSA, OK 74121 | WOOD, DENNIS D<br>S&H TRANSPORTATION INC, |
| NEWMAN, REBECCA L (Bar #30898)<br>RHODES HIERONYMUS JONES TUCKER & GABLE<br>P. O. BOX 21100<br>TULSA, OK 74121 | S&H TRANSPORTATION INC,<br>WOOD, DENNIS D |
| NEWMAN, REBECCA L (Bar #30898)<br>RHODES HIERONYMUS JONES TUCKER & GABLE<br>P. O. BOX 21100<br>TULSA, OK 74121 | S&H TRANSPORTATION INC,<br>WOOD, DENNIS D |
| TRUSKETT, JOHN PAUL (Bar #20550)<br>TRUSKETT LAW FIRM PLLC<br>2202 EAST 49TH ST<br>STE 400<br>TULSA, OK 74105 | SANCHEZ, MAURICIO |

# EVENTS

None

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**   Issue: AUTO NEGLIGENCE (AUTONEG)
Filed By: SANCHEZ, MAURICIO
Filed Date: 07/06/2020

| Party Name | Disposition Information |
|---|---|
| **Defendant:**<br>WOOD, DENNIS D | |
| **Defendant:**<br>S&H TRANSPORTATION INC | |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 07-06-2020 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 07-06-2020 | AUTONEG | AUTO NEGLIGENCE | | | |
| 07-06-2020 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 07-06-2020 | PFE1 | PETITION<br>Document Available (#1047191033) 📄TIFF   📄PDF | | | $ 163.00 |
| 07-06-2020 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 07-06-2020 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 07-06-2020 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 07-06-2020 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 07-06-2020 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 10.00 |
| 07-06-2020 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.00 |
| 07-06-2020 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 07-06-2020 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |
| 07-06-2020 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | $ 0.23 |
| 07-06-2020 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | $ 0.75 |
| 07-06-2020 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.50 |
| 07-06-2020 | CCRMPF | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | | | $ 10.00 |
| 07-06-2020 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 07-06-2020 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 07-06-2020 | SMF | SUMMONS FEE (CLERKS FEE) | | | $ 20.00 |
| 07-06-2020 | SMIP | SUMMONS ISSUED - PRIVATE PROCESS SERVER | | | |
| 07-06-2020 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE CIVIL DOCKET C TO THIS CASE. | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 07-06-2020 | ACCOUNT | RECEIPT # 2020-4111014 ON 07/06/2020.<br>PAYOR: TRUSKETT LAW TOTAL AMOUNT PAID: $ 262.14.<br>LINE ITEMS:<br>CJ-2020-2092: $183.00 ON AC01 CLERK FEES.<br>CJ-2020-2092: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.<br>CJ-2020-2092: $1.66 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2020-2092: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2020-2092: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2020-2092: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.<br>CJ-2020-2092: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.<br>CJ-2020-2092: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.<br>CJ-2020-2092: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2020-2092: $10.00 ON AC81 LENGTHY TRIAL FUND.<br>CJ-2020-2092: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.<br>CJ-2020-2092: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE. | | | |
| 07-17-2020 | EAA | ENTRY OF APPEARANCE AS COUNSEL FOR DEFENDANT DENNIS D WOOD<br>Document Available (#1047196007) 📄TIFF   📄PDF | | WOOD, DENNIS D | |
| 07-17-2020 | TEXT | DEFENDANT DENNIS D WOOD'S SPECIAL RESERVATION OF ADDITIONAL TIME TO ANSWER OR OTHERWISE PLEAD<br>Document Available (#1047196003) 📄TIFF   📄PDF | | WOOD, DENNIS D | |
| 07-17-2020 | EAA | ENTRY OF APPEARANCE / COVER SHEET<br>Document Available (#1047195999) 📄TIFF   📄PDF | | WOOD, DENNIS D | |
| 07-28-2020 | A | DEFENDANT, S&H TRANSPORTATION, INC'S SPECIAL RESERVATION OF ADDITIONAL TIME TO ANSWER OR OTHERWISE PLEAD / CERTIFICATE OF SERVICE<br>Document Unavailable (#1046896176) | | S&H TRANSPORTATION INC | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 07-28-2020 | EAA | ENTRY OF APPEARANCE AS COUNSEL FOR DEFENDANT S&H TRANSPORTATION, INC / REBECCA L NEWMAN ENTERING AS COUNSEL / CERTIFICATE OF SERVICE<br>Document Unavailable (#1046896172) | | S&H TRANSPORTATION INC | |
| 07-28-2020 | EAA | ENTRY OF APPEARANCE AS COUNSEL FOR DEFENDANT S&H TRANSPORTATION, INC / DAN S FOLLUO ENTERING AS COUNSEL / W-CS / CERTIFICATE OF SERVICE<br>Document Unavailable (#1046896168) | | S&H TRANSPORTATION INC | |