**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

MAURICIO SANCHEZ,

                Plaintiff,

vs.

1) S&H TRANSPORTATION, INC.;
2) DENNIS D. WOOD;
3) JOHN DOE, a business entity, and
4) JANE DOE, an individual,

                Defendants.

Case No. 4:20-cv-00374-CVE-SH

**PLAINTIFF'S RESPONSE TO COURT ORDER TO SHOW CAUSE
AND DISMISSAL OF DEFENDANTS JANE AND JOHN DOE**

Plaintiff respectfully submits pleading in response to the Court's Order dated 04/25/2022 [Doc. 58]. Plaintiff does not object to this Court dismissing only Defendants Jane and John Doe.

WHEREFORE, premises considered, Plaintiff prays this Honorable Court to dismiss only these Defendants.

                Respectfully submitted,

                /s/ John Paul Truskett
                John Paul Truskett, OBA # 20550
                Samuel T. Perrine, OBA # 32165
                Truskett Law Firm, PLLC
                2921 E. 91st Street S., Ste. 100
                Tulsa, OK 74137
                Office: 918-392-5444
                Fax: 918-856-3676
                john@truskettlaw.com
                ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on this 05/09/2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

DAN S. FOLLUO, OBA NO. 11303
dfolluo@rhodesokla.com
REBECCA L. NEWMAN, OBA NO. 30898
rlnewman@rhodesokla.com
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
P.O. Box 21100
Tulsa, Oklahoma 74121
(918) 582-1173
(918) 592-3390 (facsimile)
ATTORNEYS FOR DEFENDANTS

                                          */s/ John Paul Truskett*
                                          John Paul Truskett, OBA #20550